PAJC/ah 2016R00555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. MJG-16-0498 |
| v. | |
| BRYAN EDWARD EVANS, | (Production of Child Pornography, 18 U.S.C. § 2251(a); Forfeiture, 18 U.S.C. § 2253) |
| Defendant. | |

INDICTMENT

COUNT ONE
(Production of Child Pornography)

The Grand Jury for the District of Maryland charges that:

Between on or about August 14, 2014 and on or about January 21, 2016, in the District of Maryland and elsewhere, the defendant,

**BRYAN EDWARD EVANS,**

did knowingly employ, use, persuade, induce, entice and coerce multiple minors under 18 years of age, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, and said visual depictions were produced using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means.

18 U.S.C. § 2251(a)

1


## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. The allegation in Count One of this Indictment is incorporated here.

2. As a result of the offense set forth in Count One of the Indictment in this case, the defendant,

**BRYAN EDWARD EVANS,**

shall forfeit to the United States all property that was used and intended to be used to commit and to promote the commission of offense in Counts One, and any property traceable to such property.

18 U.S.C. § 2253

Rod J. Rosenstein
United States Attorney

A TRUE BILL

**SIGNATURE REDACTED**

Date: October 13, 2016